# CIVIL COVER SHEET

**19 CV 8346**

RECEIVED
SDNY PRO SE OFFICE
2019 SEP -6 AM 11:12
S.D. OF N.Y.

I. (a) Robert W. Johnson
(b) Bronx County
(c) 3345 FISH AVE. : APT. 1 : Bronx, NY 10469

---

Defendants: Gattuso & Ciotoli, PLLC; Thomas Solomon Law Firm, Annette M. Gifford, Jessica L. Lukasiewicz, Michael J. Lingle, Elizabeth A. Wofford, APPLEBEES CORPORATION, T.L. CANNON MANAGEMENT CORPORATION, TLC WEST, LLC, TLC CENTRAL, LLC, TLC UTICA, LLC, TLC EAST, LLC, TLC NORTH, LLC, DAVID A. STEIN (INDIVIDUALLY & OFFICIAL CAPACITY), T.L. CANNON CORPORATION, T.L. CANNON MANAGEMENT CORPORATION, MATTHEW J. FAIRBARN (INDIVIDUAL & OFFICIAL CAPACITY), JOHN A. PERRY (INDIVIDUAL & OFFICIAL CAPACITY), JOHN A. PERRY T.L. CANNON CORPORATION), JESSICA F. PIZZUTELLI, ESQ., LITTLER, MENDELSON & CRAIG, ESQ.) CRAIG R. BENSON, THOMAS J. McAVOY (Individual & Official Capacity)

①

2. Basis of Jurisdiction:
   28 U.S.C §1331: Federal Question.

A. Basis For Federal Jurisdiction: Fraud, Insurance Fraud, Ineffective Counsel, Bad Faith, Due Process Violations, Civil Rights Violations, U.S. Constitutional Violations, IRS Fraud, Tax Fraud, Federal Crimes, RICO ACT, Employee Deprivation Of Awards For Labor, Labor Laws Violations By Corporation.

3. Statement of Claim:
   Plaintiff was employee of Applebees Corporation and was denied monetary awards for labor and judicial proceedings. Defendants committed insurance fraud, ineffective counsel & IRS Tax Fraud Crimes. Plaintiff reserves rights to punitive damages awards and all other federal & state remedies deemed just & proper.

②

Original Proceeding from Fraud, Insurance Fraud, Ineffective Counsel, Bad Faith & Civil Rights Violations.

Jury Demand: Yes.

Basis of Jurisdiction For Jury Demand is 28 U.S.C § 1331: Federal Question.

Nature of Suit: Civil Rights: 440 Other Civil Rights.

4. Relief Sought: $100 Trillion Dollars For Punitive Damages; $100 Million For Future Punitive Damages; Federal Charges For Insurance Fraud & Tax Fraud; Corporation Fraud RICO ACT; 100% Ownership of Defendants Assets & Corporations.

August 30, 2019

Robert W. Johnson
Robert W. Johnson
3345 FISH AVE.; APT. 1
BRONX, NY 10469

(3)

# CERTIFICATE OF SERVICE

I, Robert W. Johnson, the Plaintiff, certify I on August 30, 2019 served a copy of Civil Cover Sheet & Complaint and IFP Motion upon the following:

1. Court Clerk: U.S. Courthouse
   500 Pearl St.
   New York, NY 10007

August 30, 2019

Robert W. Johnson
Robert W. Johnson
3345 FISH AVE.
APT. 1
BRONX, NY 10469



Robert W. Johnson
3345 Fish Ave.
Apt. 1
Bronx, NY 10469

Court Clerk
U.S. Courthouse
500 Pearl St.
New York, NY 10007

RECEIVED 2019 SEP -5 PM 12: 51 CLERK'S OFFICE S.D.N.Y.